NEW YORK COUNTY.—HON. D. G. ROLLINS, SURROGATE.—November, 1883.

## KRUSE v. FRICKE.

*In the matter of the probate of the will of* WILLIAM D. FRICKE, *deceased.*

Code Civ. Pro., § 2672, in permitting the Surrogate to authorize, by order, a temporary administrator to pay "any expenses of the administration of his trust," confers upon the former no power to grant an order, pending a contest over decedent's will, directing such an administrator to pay a sum to enable proponents to procure the attendance of expert witnesses to testify upon the question of decedent's sanity.

PENDING the contest of the will of decedent, application was made by Albert T. Kruse and another, executors therein named, proponents, for an order directing John H. Fricke, the temporary administrator of his estate to pay such sums as might be deemed proper to enable proponents to procure the attendance of expert witnesses, to testify upon the question of the insanity of decedent.

M. C. GROSS, *for the motion.*

FRANK KECK, *opposed.*

THE SURROGATE.—Section 2672 of the Code of Civil Procedure declares that the Surrogate "may by order authorize" a temporary administrator "to pay funeral expenses or any expenses of the administration of his trust." The authority of the court to direct the application of any moneys in the hands of the temporary administrator is limited to the occasions for which provision is made in that section of the statute which is above quoted. Clearly, the petitioner in this proceeding asks for a direction which the court is powerless to give.

Motion denied.